# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

TODD LOPEZ, *as Personal Representative*
*of the Wrongful Death Estate of Clara Mae Cook,*

    Plaintiff,

v.                                                                 Civ. No. 22-825 JFR/KK

CANTEX HEALTH CARE CENTERS II, LLC, *et al.*,

    Defendants.

## **ORDER SETTING STATUS CONFERENCE**

THIS MATTER is before the Court sua sponte on review of the record. IT IS HEREBY ORDERED that the Court will hold a Status Conference on **Tuesday, November 22, 2022, at 10:30 a.m. MT**.

This proceeding will be held via Zoom videoconferencing with all participants appearing remotely. Participants should use the following information to connect to the proceeding:

    Join ZoomGov Meeting
    https://nmd-uscourts.zoomgov.com/j/1605465436

    Meeting ID: 160 546 5436
    Passcode: 351002
    One tap mobile
    +16692545252,,1605465436#,,,,*351002# US (San Jose)
    +16468287666,,1605465436#,,,,*351002# US (New York)

    Dial by your location
        +1 669 254 5252 US (San Jose)
        +1 646 828 7666 US (New York)
    Meeting ID: 160 546 5436
    Passcode: 351002
    Find your local number: https://nmd-uscourts.zoomgov.com/u/abmpKqLKuh

Join by SIP
1605465436@sip.zoomgov.com

Join by H.323
161.199.138.10 (US West)
161.199.136.10 (US East)
Meeting ID: 160 546 5436
Passcode: 351002

IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE