IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TODD LOPEZ, *as Personal Representative*
*of the Wrongful Death Estate of Clara Mae Cook,*

    Plaintiff,

v.  Civ. No. 22-825 JFR/KK

CANTEX HEALTH CARE CENTERS II, LLC, *et al.*,

    Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

The Court will hold a Telephonic Status Conference on **Friday, December 9, 2022, at 10:30 a.m. MST.** Counsel are to call Judge Khalsa's AT&T Conference Line at (877) 848-7030 and enter the code 7324132 to connect to the proceedings.

IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE